# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Latrice Austin, on behalf of herself and all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>Better Debt Solutions, LLC,<br>*Defendant(s)* | Civil Action No. 1:25-cv-1103 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Better Debt Solutions, LLC
c/o its registered agent
Nima Asadi, Esq.
19200 Von Karman Ave., Suite 600
Irvine, CA 92612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Love
Love Consumer Law
2500 Northwinds Parkway, Suite 330
Alpharetta, GA 30009
404.855.3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 3/3/2025

United States District Court ★ Northern District of Georgia ★

s/Beverly Creech
*Signature of Clerk or Deputy Clerk*