**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **LATRICE AUSTIN**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BETTER DEBT SOLUTIONS, LLC,**<br><br>Defendant. | Case No. 1:25-cv-01103-SDG<br><br>District Judge Steven D. Grimberg |

**DEFENDANT BETTER DEBT SOLUTIONS, LLC'S NOTICE OF FILING REDACTED DOCUMENTS**

Defendant Better Debt Solutions, LLC ("BDS") gives notice that it is filing corrected redacted versions of its Motion to Compel Plaintiff to Individual Arbitration ("MTCA") and certain supporting exhibits, which were originally filed at ECF No. 58. The redactions are limited to personal identifying information protected from public disclosure and information that would permit access to that protected information. The redacted documents preserve all substantive information relevant to BDS's MTCA.

The following documents are attached to this Notice:

1. **Exhibit 1:** Redacted Motion to Compel Plaintiff to Individual Arbitration;
2. **Exhibit 2:** Redacted Exhibit A – Verified Consent Certificate;
3. **Exhibit 3:** Exhibit B – Terms of Use;

4. **Exhibit 4:** Redacted Exhibit C – Declaration of Edgar Ovalle; and

5. **Exhibit 5:** Exhibit D – Declaration of Chase Webb.

BDS is separately filing the corresponding complete, unredacted documents provisionally under seal pursuant to Section II(J) of Appendix H to the Local Rules and Judge Grimberg's Standing Order Regarding Civil Litigation. BDS is also separately filing an Unopposed Motion for Leave to File Under Seal and for related relief concerning the original docket entries.

Respectfully submitted this 10th day of July, 2026.


PARKER POE ADAMS & BERNSTEIN LLP

/s/ *Brandon O. Moulard*
Brandon O. Moulard
Georgia Bar No. 940450

1075 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
t: 678.690.5750
f: 404.869.6972
brandonmoulard@parkerpoe.com

TROUTMAN AMIN, LLP

*/s/ Steven L. Rozenfeld*
Steven L. Rozenfeld
New York Bar No. 6168926
(*admitted pro hac vice*)
400 Spectrum Center, Ste. 1450
Irvine, CA 92618
P: (347) 634-3527
steven@troutmanamin.com

*Counsel for Better Debt Solutions, LLC*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(c), this 10th day of July, 2026.

PARKER POE ADAMS & BERNSTEIN LLP

/s/ *Brandon O. Moulard*
Brandon O. Moulard
Georgia Bar No. 940450

1075 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
t: 678.690.5750
f: 404.869.6972
brandonmoulard@parkerpoe.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

PARKER POE ADAMS & BERNSTEIN LLP

/s/ *Brandon O. Moulard*
Brandon O. Moulard
Georgia Bar No. 940450

1075 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
t: 678.690.5750
f: 404.869.6972
brandonmoulard@parkerpoe.com