UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LATRICE AUSTIN**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BETTER DEBT SOLUTIONS, LLC,**<br><br>Defendant. | Case No. 1:25-cv-01103-SDG<br><br>District Judge Steven D. Grimberg |

**DECLARATION OF EDGAR OVALLE IN SUPPORT OF DEFENDANT BETTER DEBT SOLUTION LLC'S MOTION TO COMPEL ARBITRATION**

I, Edgar Ovalle, declare as follows:

1. I am over the age of 18 and make this declaration on my personal knowledge.

2. As Account Onboarding Specialist, I am authorized to execute this Declaration for, and on behalf of Utel USA LLC (hereafter "Utel"), and am familiar with its operations, policies and procedures as well as its systems of record.

3. The following facts are within my own personal knowledge and if called as a witness to testify in this case I could, and would, testify competently thereto.



EXHIBIT
C

Scanned with CamScanner

4. Utel owns and operates multiple consumer-facing websites used for lead generation and marketing of financial services. One of those websites is https://upfinances.com/apply (the "Website").

5. When Plaintiff visited https://upfinances.com/apply (the "Website") on November 26, 2024, Plaintiff entered the following information: First name "Leatrice," Last name "Austin,"Email addressalls10global@gmail.com, Primary phone "6783683525," [redacted] Date of Birth "[redacted]" and Street Address "[redacted], Covington, Georgia", and accepted the following disclosure:

> By checking this box and clicking SUBMIT, I express my understanding and consent electronically via E-sign that I acknowledge and agree to the Privacy Policy and Terms of Use, which includes binding arbitration. I consent to the electronic collection and storage of my application information necessary to evaluate my loan application. I grant express written consent for Better Debt Solutions and Lendvia to contact me by calls and/or text messages at the number provided, regarding my application status and scheduling, using any telephone dialing system, prerecorded/artificial voice messages, and/or automatic dialing devices. I understand that text messages may incur data and message rates and frequency varies (text HELP for help; text STOP to cancel). Even if my phone number is currently listed on any state, federal, or corporate Do-Not-Call list, this consent is provided. I understand I may revoke this consent at any time and am not required to consent as a condition of purchase any property, goods, or services. Consent for SMS and calls will not be shared with third parties for their marketing purposes.



Scanned with CamScanner

6. The arbitration disclosure was prominently displayed within the consent disclosure and has been in effect on the Website since at least [January 1, 2023], remaining active during all relevant user interactions, including traffic generation and lead submissions. The disclosure clearly states that by checking the box and clicking the "Submit" button beneath it, the user agrees to the Website's Terms of Use, "which include[] binding arbitration." *See* Ex. A – Verified Consent. These Terms of use are hyperlinked in bright blue underlined text within the disclosure and again underneath the "Submit" button beneath the disclosure. *See* Ex. B – Website's Terms of Use.




7. The Website's Terms of Use were in effect as of July 1, 2024, and remained in place at the time Plaintiff visited the site on December 8, 2024. The Terms of Use of the Website begin by stating that: "By using this Site



Scanned with CamScanner

[https://upfinances.com/apply ]and Service, you agree to be bound by these Terms of Service ("Terms"). If you disagree with any part of these Terms, please don't use our Site or Service." The Terms of Use specifically identify that by using the Site you agree to the terms and the terms "we", "our" and "us" refer to five identified entities including Better Debt Solutions. The Terms of Use repeatedly state that they include mandatory binding arbitration and a waiver of class actions. *See* Ex. B – Website's Terms of Use.

8. The Website's Terms of Use also clearly state that the site, services andagreement shall be governed and construed in accordance with the substantive laws of the state of Nevada. *See* Ex. B – Website's Terms of Use.

9. Verified Consent, a third-party digital verification service, generated a Verified Consent certificate documenting Plaintiff's submission. This certificate includes metadata and a video replay of the submission process, confirming that Plaintiff reviewed the disclosures, agreed to the Terms of Use (including arbitration), and provided express written consent to be contacted. *See* Ex. A – Verified Consent.



Scanned with CamScanner

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June __23_, 2026, at____[Denver, CO]___.



Scanned with CamScanner