UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LATRICE AUSTIN**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BETTER DEBT SOLUTIONS, LLC,**<br><br>Defendant. | Case No. 1:25-cv-01103-SDG<br><br>District Judge Steven D. Grimberg |

**DECLARATION OF CHASE WEBB IN SUPPORT OF DEFENDANT BETTER DEBT SOLUTIONS LLC'S MOTION TO COMPEL ARBITRATION**

I, CHASE WEBB, declare as follows:

1. I am over the age of 18 and make this declaration on my personal knowledge.
2. As VP of Business Strategy of Better Debt Solutions, LLC, I am authorized to execute this Declaration for, and on behalf of Better Debt Solutions, LLC, and am familiar with its operations, policies and procedures as well as its systems of record.
3. I am familiar with Better Debt Solutions, LLC's processes for receiving, maintaining, and reviewing lead records submitted by consumers through third-party lead generators. These records are created at or near the time a



EXHIBIT
D

consumer submits their information and are kept by Better Debt Solutions, LLC (hereafter "BDS") in the regular course of its business activities as part of its standard recordkeeping practices.

4. The following facts are within my own personal knowledge and if called as a witness to testify in this case I could, and would, testify competently thereto.

## I. Better Debt Solutions, LLC Received Plaintiff's Lead and Consent Via the Website: https://Upfinances.Com/Apply.

5. In the regular course of business, BDS contracts with Marketing Partners who gather consumer information through online forms on various websites. The website located at https://upfinances.com/apply (the "Website") is one of the sources through which the Company receives inquiries and information from individuals seeking its services.

6. BDS requires that its marketing partners display specific consent language on online forms submitted by consumers.

7. I am familiar with the Website's content, including its disclosures and terms of use, as they existed on November 26, 2024.

8. On November 26, 2024, Plaintiff visited https://upfinances.com/apply. While on the Website, Plaintiff entered her personal information including her name "Leatrice Austin," address, email address, SSN, Date of Birth and her phone number ending in 3525, and accepted the following disclosure:

> By checking this box and clicking SUBMIT, I express my

> understanding and consent electronically via E-sign that I acknowledge and agree to the Privacy Policy and Terms of Use, which includes binding arbitration. I consent to the electronic collection and storage of my application information necessary to evaluate my loan application. I grant express written consent for Better Debt Solutions and Lendvia to contact me by calls and/or text messages at the number provided, regarding my application status and scheduling, using any telephone dialing system, prerecorded/artificial voice messages, and/or automatic dialing devices. I understand that text messages may incur data and message rates and frequency varies (text HELP for help; text STOP to cancel). Even if my phone number is currently listed on any state, federal, or corporate Do-Not-Call list, this consent is provided. I understand I may revoke this consent at any time and am not required to consent as a condition of purchase any property, goods, or services. Consent for SMS and calls will not be shared with third parties for their marketing purposes.

*See* Ex. A – Verified Consent.

9. This disclosure clearly states that by checking the box and clicking the "Submit" button underneath the disclosure, the user agrees to the Website's Terms of Use, "which include[] binding arbitration." *See* Ex. A – Verified Consent and Ex. B – Website's Terms of Use.

## II. <u>By Submitting Her Consent, Plaintiff Agreed to the Terms of Use Including Mandatory Binding Arbitration and Class Waiver.</u>

10. These Terms of use are hyperlinked in bright blue underlined text within the disclosure and again underneath the "Submit" button beneath the disclosure. *Id.*

By checking this box and clicking SUBMIT, I express my understanding and consent electronically via E-sign that I acknowledge and agree to the Privacy Policy and Terms of Use, which includes binding arbitration. I consent to the electronic collection and storage of my application information necessary to evaluate my loan application. I grant express written consent for Better Debt Solutions and Lendvia to contact me by calls and/or text messages at the number provided, regarding my application status and scheduling, using any telephone dialing system, prerecorded/artificial voice messages, and/or automatic dialing devices. I understand that text messages may incur data and message rates and frequency varies (text HELP for help; text STOP to cancel). Even if my phone number is currently listed on any state, federal, or corporate Do Not Call list, this consent is provided. I understand I may revoke this consent at any time and am not required to consent as a condition of purchasing any property, goods, or services. Consent for SMS and calls will not be shared with third parties for their marketing purposes

← Previous    Submit ✓

Credit Authorization | Disclaimer | Responsible Lending | Marketing Practices | Rates & Fees | Terms of Use | Unsub

By Submitting your information, you agree to our Terms & Conditions, Privacy Policy, Credit Authorization and you consent to receive calls, texts and pre recorded messages from us and third party marketers we contract with.

11. The Terms of Use of the Website specifically identify BDS as part of the terms "we", "our" and "us." *See* Ex. B – Website's Terms of Use.

12. The Terms of Use of the Website begin as follows:

> By using this Site [https://upfinances.com/apply ] and Service, you agree to be bound by these Terms of Service ("Terms"). If you disagree with any part of these Terms, please don't use our Site or Service.
>
> *Id.*

13. The Terms of Use prominently disclose, on the first page, in bold and capitalized text, that they include a binding arbitration agreement and class action waiver, requiring individual arbitration of disputes and informing users of their right to opt out. *Id.*

14. The Terms of Use further state:

> **MANDATORY AGREEMENT TO ARBITRATE ON AN INDIVIDUAL BASIS AND WAIVER OF CLASS AND REPRESENTATIVE ACTIONS ("ARBITRATION AGREEMENT")**
>
> **PLEASE READ THIS SECTION CAREFULLY – THIS ARBITRATION AGREEMENT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT AND TO HAVE A JURY HEAR YOUR CLAIMS. IT CONTAINS PROCEDURES FOR FINAL BINDING ARBITRATION AND A WAIVER OF ANY AND ALL RIGHTS TO PROCEED IN A CLASS, COLLECTIVE, CONSOLIDATED, OR REPRESENTATIVE ACTION (HEREINAFTER "CLASS ACTION"). ARBITRATION REPLACES THE RIGHT TO GO TO COURT. YOU ARE GIVING UP THE RIGHT TO HAVE A JURY TRIAL TO THE FULLEST EXTENT PERMISSIBLE BY LAW, OR TO FILE OR PARTICIPATE IN A CLASS OR REPRESENTATIVE ACTION SUBJECT TO THE LIMITED EXCLUSIONS BELOW.**
>
> *Id.*

## III. Plaintiff's Consent was Captured in Real Time by Verified Consent.

15. Verified Consent, a third-party digital verification service, generated a Verified Consent certificate documenting Plaintiff's submission. This

certificate includes metadata and a video replay of the submission process, confirming that Plaintiff reviewed the disclosures, agreed to the Terms of Use (including arbitration), and provided express written consent to be contacted.

16. I have personally reviewed the lead record for Plaintiff in this case, which BDS received from Verified Consent and maintains as a regularly kept business record. This lead record shows that on or about November 26, 2024, Plaintiff submitted her contact information through the Website, including her telephone number ending in 3525. *See* Ex. A – Verified Consent.

17. The Website, at the time Plaintiff submitted her information, contained clear disclosures stating that by providing her contact information, the consumer expressly consented to be contacted by BDS regarding application status and scheduling, including via telephone dialing systems, prerecorded or artificial voice messages, and/or automatic dialing devices.

18. BDS contacted Plaintiff in reliance on the consent she provided through her Website submission.

I have read, swear, and affirm that the factual allegations set forth in BDS' Motion to Compel Arbitration are true and correct to the best of my knowledge.

Executed on June 23, 2026, at Irvine, California.

____________________________