**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| **LATRICE AUSTIN**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BETTER DEBT SOLUTIONS, LLC,**<br><br>Defendant. | Case No. 1:25-cv-01103-SDG |

**JOINT NOTICE OF MEDIATION SCHEDULING**

Pursuant to the Northern District of Georgia Civil Local Rule 16.7 and Joint Motion to Stay Pending Mediation, Plaintiff Latrice Austin and Defendant Better Debt Solutions, LLC, by and through their undersigned counsel, provide notice that the Parties have agreed to mediate this action with Judge David E. Jones on November 10, 2026, beginning at 11:00 a.m. Central Time, to be conducted via videoconference.

///

Dated: September 24, 2026


*/s/ Tori L. Guidry*
Tori L. Guidry (pro hac vice)
Louisiana Bar No. 37704
TROUTMAN AMIN, LLP
400 Spectrum Center Dr.
Suite 1450
Irvine, California 92618
Telephone: (985) 688-3307
tori@troutmanamin.com

Brandon O. Moulard, Esq.
Parker Poe Adams & Bernstein LLP
1075 Peachtree St., NE
Suite 1500
Atlanta, GA 30309
Telephone: (678)690-5750
brandonmoulard@parkerpoe.com

*Counsel for Defendant*
*Better Debt Solutions, LLC*

*/s/ Tony A. Love*
Tony A. Love, Esq.
Love Consumer Law
2500 Northwinds Parkway
Suite 330
Alpharetta, Georgia 30009
(404) 855-3600
tlove@loveconsumerlaw.com

Max S. Morgan, Esq. (pro hac vice)
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

## **CERTIFICATE OF SERVICE**

I, Tori L. Guidry, hereby certify that on September 25, 2026, I electronically filed the within, *Joint Notice of Mediation Scheduling* with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

/s/ *Tori L. Guidry*
Tori L. Guidry